IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY ALAN WALKER,           )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>CORRECTIONAL OFFICER R.       )<br>SCOTT, et al.,                )<br>                              )<br>     Defendants.              ) | CIVIL ACTION NO.<br>2:15cv652-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that he was assaulted by a correctional officer while restrained and that the officer failed to report the incident as required by policy.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against defendants Captain Logan, Leon Bolling, and Phyllis Billups be dismissed without prejudice and that plaintiff's claims against defendant Kilby Correctional Facility be dismissed with prejudice.  There are no

objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of November, 2015.

                                                                 /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE