```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JERRY ALAN WALKER,              )
                                )
    Plaintiff,                  )
                                )       CIVIL ACTION NO.
    v.                          )         2:15cv652-MHT
                                )              (WO)
CORRECTIONAL OFFICER R.         )
SCOTT, et al.,                  )
                                )
    Defendants.                 )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(2) Plaintiff's claims against defendants Captain Logan, Leon Bolling, and Phyllis Billups are dismissed without prejudice; and defendants Logan, Bolling, and Billups are terminated as parties to this action.

(3) Plaintiff's claims against defendant Kilby Correctional Facility are dismissed with prejudice; and

defendant Kilby Correctional Facility is terminated as a party to this action.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 16th day of November, 2015.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE