IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY ALAN WALKER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:15cv652-MHT |
| ) | (WO) |
| CORRECTIONAL OFFICER R. ) | |
| SCOTT, ) | |
| ) | |
|    Defendant. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that he was assaulted by the defendant correctional officer while restrained and that the officer failed to report the incident as required by policy. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against the defendant be dismissed without prejudice for failure to effect service of process on this individual in accordance with applicable procedural rules. There are no objections to the recommendation. After an

independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of February, 2016.

                                 /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE